IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MILLIE MADISON, et al.,** | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:07-CV-0969-M |
| | § | |
| **RICHARD MAYS, et al.,** | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney, regarding Defendant Molly Francis' Original Answer and Affirmative Defenses, Motion for More Definite Statement and Rule 7 Reply, Motion to Dismiss for Failure to State a Claim upon which Relief can be Granted. A party filed objections, and the District Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objection was made. The objections are overruled, and the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Motion to Dismiss Defendant Molly Francis is therefore **GRANTED.** Defendant Molly Francis' Motion for More Definite Statement and Rule 7 Reply is **DENIED** as moot.

**SO ORDERED** this 20th day of August, 2008.

*[signature]*
**BARBARA M. G. LYNN**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF TEXAS**